155 So.2d 604

**John David McGUIRE**

v.

**STATE.**

3 Div. 106.

Court of Appeals of Alabama.

Oct. 23, 1962.

Rehearing Denied Nov. 20, 1962.

Fred Gray and Solomon S. Seay, Jr., Montgomery, Jack Greenberg and Leroy D. Clark, New York City, and Louis H. Pollak, New Haven, Conn., for appellant.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., for the State.

JOHNSON, Judge.

Affirmed, authority of Abernathy v. State, 155 So.2d 586.

Certiorari denied by Supreme Court, 155 So.2d 604 (3 Div. 46).

173 So.2d 828

**Lillie MONTGOMERY**

v.

**STATE.**

7 Div. 721.

Court of Appeals of Alabama.

April 7, 1964.

Rehearing Denied April 29, 1964.

After Remandment March 30, 1965.

Arthur D. Shores, Birmingham, for appellant.

Richmond M. Flowers, Atty. Gen., and Winston Huddleston, Sp. Asst. Atty. Gen., for the State.

JOHNSON, Judge.

Reversed and remanded on authority of Johnson v. State, ante p. 611, 173 So.2d 817.

After Remandment

JOHNSON, Judge.

Affirmed on authority of Gerald Johnson v. State, 7 Div. 720 (Ms.), this day decided.

Affirmed.

PRICE, P. J., not sitting.